IN THE MATTER OF THE APPLICATION OF EDWARD SCHELL, Trustee, etc.

(Argued February 27, 1872; decided March 26, 1872.)

*Samuel Hand* for the appellant.

*R. H. Smith & Sanford* for the respondent.

Order reversed on authority of *In re Livingston* (34 N. Y., 555).